COPY

1   Marc S. Williams, Esq. (Bar No. 198913)
2       mwilliams@onellp.com
    **ONE LLP**
3   4000 MacArthur Blvd.
4   West Tower, Suite 1100
    Newport Beach, CA 92660
5   Telephone:  (949) 502-2870
6   Facsimile:  (949) 258-5081

7   Attorneys for Plaintiff,
8   Andrea Carter-Bowman Ltd.

9

10              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
11

12  ANDREA CARTER-BOWMAN Ltd., a          Case No.  **CV 12 - 05461 RSWL (MANx)**
    United Kingdom Company,
13                                         **COMPLAINT FOR COPYRIGHT**
14          Plaintiff,                     **INFRINGEMENT**

15  v.                                     **DEMAND FOR JURY TRIAL**

16

17  MARIO LAVANDEIRA, dba Perez Hilton,
    an individual; and DOES 1-10
18  INCLUSIVE,                             # By Fax

19

20          Defendants.

21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
    20735.1

                            **COMPLAINT**

Andrea Carter-Bowman Ltd. ("Carter-Bowman"), by and through its attorneys of record, complains against MARIO LAVANDEIRA, dba Perez Hilton ("Lavandeira") and DOES 1 through 10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.      This is a civil action against Defendants for their acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a).

2.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3.      Plaintiff Carter-Bowman is a foreign company with its principal place of business in London, England, and the owner of the copyrights to the photographs at issue herein.

4.      Plaintiff is informed and believes and, upon such, alleges that Lavandeira is an individual residing in California and doing business under the name Perez Hilton as the sole owner and operator of the Internet website located at http://cocoperez.com/.

5.      DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.  Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the

events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## STATEMENT OF FACTS

### A. The Photos Forming the Subject Matter of This Dispute

6.     Ms. Andrea Carter-Bowman is a renowned fashion and celebrity photographer based in London, England.  Plaintiff Carter-Bowman is a business that holds the copyrights to the photos at issue.  Ms. Carter-Bowman's great efforts to meticulously hone her craft have received widespread acclaim and recognition.  Indeed, Carter-Bowman's client roster is decidedly "A" list and includes some of most highly respected media and fashion companies in the world, such as Disney, Loreal, Maire Claire, British Vogue, and ELLE, among many others.  Carter-Bowman's experience goes beyond that of media and fashion to include the commissioned photography of numerous models and celebrities, including actress Emma Watson of *Harry Potter* fame.

7.     Charlotte "Lottie" Moss is the 14-year-old half-sister of internationally recognized supermodel Kate Moss.  With her noted pedigree and ethereal good-looks, Lottie enjoys a promising future in editorial spreads, on the runway and in advertisements—if she chooses to enter the public spotlight and pursue a modeling career. With this decision in mind, Lottie decided to assay her modeling skills with a test shoot. As a top-tier fashion photographer, Carter-Bowman was the logical choice to lead the session.

8.     Entrusted with the task of curating this ingénue's first professional images, Carter-Bowman emphatically delivered.  Plaintiff's captivating shots of Lottie (hereinafter, collectively "the Photos"), which form the subject matter of this suit, are attached hereto as Exhibit A.

9.     Carter-Bowman's images of Lottie exceeded expectations.  Despite being borne from a test shoot, substantial potential licensing opportunities were anticipated.

### B. The Defendants and their Infringement

10.    Plaintiff is informed and believes and, upon such, alleges that, under the name "Perez Hilton," Defendant Lavandeira owns and operates a commercial "fashion" blog located at http://cocoperez.com/ (the "Website").  Lavandeira also owns and operates other successful websites, including PerezHilton.com.

11.    As stated on the Website's "About" page, "Perez Hilton is the Internet's most notorious gossip columnist," and "Perez was named the #1 Web celebrity for 2007 by Forbes Magazine and as one of the 15 most influential Hispanics in the US by People in Espanol."  http://cocoperez.com/about.

12.    The Website is a self-described "fashion blog from Perez Hilton integrating content, shopping, and celebrities to create a unique community for trendsetters, fashion industry influencers, and celebrities to go to for inspiration."  http://cocoperez.com/about. "CocoPerez.com will feature Celebrity red carpet and 'on the street' looks, fashion industry news, how to get celeb looks for less, where to find fashions seen on TV and in movies, and interviews with 'of the now' fashion designers."  *Id.*

13.    Plaintiff is informed and believes and, upon such, alleges that the Website generates significant revenue from the sale of advertising.

14.    Despite Lavandeira's economic resources and sophistication on basic matters of intellectual property law, Defendants have, on information and belief, violated federal law by willfully infringing the copyrights of Carter-Bowman to at least five different photographs from the Lottie Moss test shoot on the Website.  Specifically, in or around November and December 2011, Defendants reproduced, distributed and publicly displayed at least five of said Photos, and derivatives thereof, on the Website without permission, consent, or license from Carter-Bowman, the rightsholder to the Photos.

15.    In the marketplace, celebrity photos such as those at issue in this case carry tremendous monetary value.  Carter-Bowman crafts images of celebrities at a significant cost and licenses these images to various third parties to create highly sought after feature spreads and/or advertising online and offline.  The exclusive nature of the Photos had

**COMPLAINT**

substantial monetary value for its author, which was irreparably harmed by the actions of Defendants.

16.    On information and belief, Defendants herein have driven massive traffic to their web properties in part due to the presence of the sought after and searched-for celebrity images.  All of this traffic translates into significant ill-gotten commercial advantage and revenue generation for Defendants as a direct consequence of their infringing actions.

## **FIRST CLAIM FOR RELIEF**
### (**Copyright Infringement, 17 U.S.C. § 501**)

17.    Plaintiff Carter-Bowman incorporates here by reference the allegations in paragraphs 1 through 19 above.

18.    Carter-Bowman is the owner of the copyrights to the Photos, which substantially consist of material wholly original with Plaintiff and which constitute copyright subject matter under the laws of the United States.  Carter-Bowman has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  The Photos have been timely registered with the United States Copyright Office.  Attached hereto as Exhibit B is a Copyright Registration Certificate for the Photos.

19.    Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, on information and belief, will continue to infringe Carter-Bowman's copyrights by reproducing, displaying, distributing and utilized the Photos for purposes of trade in violation of 17 U.S.C. § 501 *et seq.*

20.    Defendants have willfully infringed, and unless enjoined, on information and belief, will continue to infringe Carter-Bowman's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photos for purposes of trade.

21.    These acts of infringement are willful because, *inter alia*, the Defendants are sophisticated and have full knowledge of the strictures of federal copyright law and the basic requirements for licensing the use of copyrighted content for commercial

**COMPLAINT**

exploitation, especially given past lawsuits against Lavandeira for infringement of celebrity photographs.  Indeed, Defendants demand nothing less of others who use *their* copyrighted content.  Further, prior to the reproduction, public distribution and public display of the Photos by Defendants, the images were stored on Carter-Bowman's website, which contains specific terms of use and copyright notice.  Specifically, Plaintiff's site states: "All Photographs herein are the exclusive property of Andrea Carter-Bowman and may not be used or reproduced in any manner whatsoever without the express permission of Andrea Carter-Bowman. © 2011 Andrea Carter-Bowman. All Rights Reserved."

22.    Defendants, despite such copyright notice and terms of use, reproduced, publicly distributed and publicly displayed the Photos on the Website.

23.    Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including by increasing the traffic to the Website and, thus, increasing the advertising fees realized.

24.    The actions of Defendants were and are continuing to be performed without the permission, license or consent of Carter-Bowman.

25.    The wrongful acts of Defendants have caused, and are causing, great injury to Plaintiff, of which damages cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Carter-Bowman will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Plaintiff seeks a declaration that Defendants are infringing Carter-Bowman's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Plaintiff's copyrights.

26.    As a result of the acts of Defendants alleged herein, Carter-Bowman has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

27.     Because of the willful nature of the copyright infringement, Plaintiff is entitled to an award of statutory damages equal to $150,000 per work infringed.

28.     Plaintiff has identified at least five works infringed by Defendants, which occurred by way of reproduction, public distribution and public display of the Photos on the Website.

29.     All five of the works infringed are eligible for statutory damages.  Therefore, Carter-Bowman is entitled to an award of $750,000 in statutory damages.

30.     Alternatively, at Plaintiff's discretion, Carter-Bowman is entitled to actual damages in an amount to be proven at trial for the infringement of five works.

31.     Plaintiff is also entitled to attorney's fees in prosecuting this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.     The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Carter-Bowman's rights in the Photos.

2.     Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3.     An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that

**COMPLAINT**

improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4.     Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5.     Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6.     That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  June 22, 2012                    ONE LLP

                                    By:  _____
                                         Marc S. Williams, Esq.
                                         Attorneys for Plaintiff,
                                         Andrea Carter-Bowman Ltd.

**COMPLAINT**

## DEMAND FOR JURY TRIAL

Plaintiff Andrea Carter-Bowman hereby demands trial by jury of all issues so triable under the law.

Dated:  June 22, 2012

**ONE LLP**

By: _____

Marc S. Williams, Esq.
Attorneys for Plaintiff,
Andrea Carter-Bowman Ltd.

20735.1

9

**COMPLAINT**

# **<u>EXHIBIT A</u>**











# <u>EXHIBIT B</u>

# **<u>EXHIBIT B</u>**

**Registration #:**  VA0001798041
**Service Request #:**  1-687052081


0000VA000179804102020

Lickerish LTD
Melanie Marson
36 Eastcastle Street
London,  W1W 8DP  United Kingdom

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-798-041

**Effective date of
registration:**

November 22, 2011

**Title**

**Title of Work:** Andrea Carter-Bowman Photo Shoot - Lottie Moss First Modeling Test - 15 October
2011

**Contents Titles:** ACB_lottie_15-10-11 0199_1CROP

ACB_lottie_15-10-11 019_1CROP

ACB_lottie_15-10-11 030_1CROP

ACB_lottie_15-10-11 036_1CROP

ACB_lottie_15-10-11 060_1CROP

ACB_lottie_15-10-11 0677_1CROP

ACB_lottie_15-10-11 067_1CROP

ACB_lottie_15-10-11 071_1CROP

ACB_lottie_15-10-11 104_1CROP

ACB_lottie_15-10-11 149CROP

**Completion/Publication**

**Year of Completion:** 2011

**Date of 1st Publication:** November 2, 2011 **Nation of 1st Publication:** United Kingdom

**Author**

**Author:** Andrea Carter-Bowman

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

**Copyright claimant**

**Copyright Claimant:** Andrea Carter-Bowman

Flat 1, 1 Beaufort Street, London, SW3 5AQ, United Kingdom

**Rights and Permissions**

**Organization Name:** Lickerish LTD

**Name:** Melanie Marson

**Telephone:** +44-020-7323 1999 (0)
000 000 0000

**Address:** 36 Eastcastle Street

London, W1W 8DP  United Kingdom

## Certification

**Name:** Joe G. Naylor

**Date:** November 22, 2011

**Applicant's Tracking Number:** C1024



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV12- 5461 RSWL (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Marc S. Williams (SBN 198913)
mwilliams@onellp.com
ONE LLP, 4000 MacArthur Blvd., W Twr, Ste 1100
Newport Beach, CA 92660    Tel: 949-502-2870

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CARTER-BOWMAN Ltd., a<br>United Kingdom Company,<br><br><div align="right">PLAINTIFF(S)</div><br>v.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, an<br>individual; and DOES 1-10 INCLUSIVE,<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>**CV 12 - 05461 RSWL (MANx)**<br><br>---<br><br>**SUMMONS** |

TO:    DEFENDANT(S): <u>MARIO LAVANDEIRA, dba Perez Hilton, an individual; and DOES 1-10</u>
    <u>INCLUSIVE</u>

A lawsuit has been filed against you.

Within    21    days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u>Marc S. Williams of One LLP</u> , whose address is <u>4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660</u> . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 6/22/12

By: _Deuvel~~o~~_ **DENISE VO**
_____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*



**By Fax**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>ANDREA CARTER-BOWMAN Ltd., a United Kingdom Company | **DEFENDANTS**<br>MARIO LAVANDEIRA, dba Perez Hilton, an individual; and DOES 1-10 INCLUSIVE, |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>ONE LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660; Tel: 949-502-2870; Fax: 949-258-5081 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement (17 U.S.C. §§ 101 et seq)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV 12 - 05461 RSWL (MANx)

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | United Kingdom |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): *[signature]*   Date June 22, 2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |