Marc S. Williams, Esq. (Bar No. 198913)
  mwilliams@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff,
Andrea Carter-Bowman Ltd.


Bryan J. Freedman, Esq. (Bar No. 151990)
  bfreedman@ftllp.com
Jesse Kaplan, Esq. (Bar No. 255059)
  jkaplan@ftllp.com
**FREEDMAN & TAITELMAN, LLP**
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone:  310-201-0005
Facsimile:  310-201-0045

Attorneys for Defendant,
Mario Lavandeira dba Perez Hilton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CARTER-BOWMAN Ltd., a United Kingdom Company,<br><br>     Plaintiff,<br><br>v.<br><br>MARIO LAVANDEIRA, dba Perez Hilton, an individual; and DOES 1-10 INCLUSIVE,<br><br>     Defendants. | Case No. 12-CV-05461 RSWL (MANx)<br><br>[Assigned to Hon. Ronald S.W. Lew]<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41** |

1
**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between all parties to this action, through their designated counsel, that the above-captioned action is hereby dismissed in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court shall retain jurisdiction to enforce the Settlement Agreement between the parties.

IT IS HEREBY FURTHER STIPULATED that all parties are to bear their own costs and attorneys' fees.

Dated:  September 11, 2013	**ONE LLP**

By: /s/  Marc S. Williams
    Marc S. Williams, Esq.
    Attorneys for Plaintiff,
    Andrea Carter-Bowman Ltd.

Dated:  September 11, 2013	**FREEDMAN & TAITELMAN LLP**

By: /s/  Jesse Kaplan
    Jesse Kaplan, Esq.
    Attorneys for Defendant,
    Mario Lavandeira, dba Perez Hilton